No. 66339.—Frank P. Dow Co., Inc., a/c United China & Glass Co. v. United States, protests 265454–K and 265453–K (San Francisco).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the items marked "M" consist of miniature china articles in the shape of cups and saucers, not containing 25 percent or more of calcined bone, similar in all material respects to those the subject of Abstract 46139 and that the items marked "A" consist of decorative after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R. R. Co. a/c United China & Glass Company* (47 C.C.P.A. 1, C.A.D. 719), the claim of the plaintiff was sustained.

No. 66340.—J. M. Sutton Sons & Co. v. United States, protests 61/15756(D) and 61/9 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiff was sustained.

No. 66341.—Red Line Commercial Co. Inc. v. United States, protests 61/530, etc. (New York).

Opinion by JOHNSON, J. It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351) and that the quantities of merchandise reported by the inspector as manifested, not found, were not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon the quantities of merchandise, which were reported by the inspector as manifested, not found. The protests were sustained to this extent.